IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CAMERON RIDESTHEHORSE,<br><br>Defendant. | Case No. CR-19-37-BLG-SPW<br><br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing presently set for Thursday, October 3, 2024, at 10:30 a.m., is **VACATED** and **RESET** for **Friday, October 4, 2024 at 2:30 p.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of September, 2024.

SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE